IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: ) CASE NUMBER: 17-04719-CMW
    ERICA LATASHA ANDERSON )
) CHAPTER: 13
)
    Debtor )
)

NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW the debtors, by and through counsel, and hereby gives notice that his/her/their mailing address has changed as follows:

NEW ADDRESS:    ERICA LATASHA ANDERSON
    1510 HUNTINGTON DRIVE APT B-1
    MURFREESBORO, TN 37130

I certify that on this day, I served the Trustee, HENRY EDWARD HILDEBRAND, III  P. O. BOX 340019 NASHVILLE, TN 37203 with a copy of the 'Debtor's Change of Address', by electronic case filing. I certify that I served the Debtor a copy of this Debtor's Change of Address by placing a true copy of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

| NEW ADDRESS: | OLD ADDRESS: |
|---|---|
| ERICA LATASHA ANDERSON | ERICA LATASHA ANDERSON |
| 1510 HUNTINGTON DRIVE APT B-1 | 1510 HUNTINGTON DRIVE APT A-1 |
| MURFREESBORO, TN 37130 | MURFREESBORO, TN 37130 |

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Ryan Lloyd, Attorney for Debtor

Dated: 1/17/2020

/s/Ryan Lloyd, TBN
Ryan Lloyd
CLARK & WASHINGTON, LLC
Attorney for Debtor(s)
237 French Landing
Nashville, TN 37228
615-251-9782; Fax 615-251-8919